DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

PETITION TO REHEAR

IN RE ESTATE OF TUCCI

No. 294A89

Case below: 326 N.C. 359

Petition by dissenter to rehear denied 10 May 1990.